Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7933 | **DATE** | 9/19/2001 |
| **CASE TITLE** | Cynthia Dorsey vs. Dwain Givens et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves for reconsideration of the granting of defendant Sheriff Ward's motion for summary judgment. That motion is denied.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | SEP 2 0 2001 | |
| | Notified counsel by telephone. | | date docketed | 32 |
| ✓ | Docketing to mail notices. | | EB | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 SEP 20 AM 8:21 | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
| | |
|---|---|
| CYNTHIA DORSEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 99 C 7933 |
| DWAIN GIVENS, BRENDAN WARD, and SHERIFF OF WILL COUNTY, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff moves for reconsideration of the granting of defendant Sheriff Ward's motion for summary judgment. That motion is denied.

We are not at all unsympathetic to the notion that a governmental entity should have *respondeat superior* liability for the sexual misconduct of an employee while exercising power and control over another (although indemnification of that employee for his or her transgressions is another matter). We are mindful that such liability is recognized in some states. Indeed, the Court of Appeals has assumed that to be so in Indiana *in dicta*, West by and through Norris v. Waymire, 114 F.3d 646 (7th Cir. 1997), although it would not speculate that would be the outcome under Illinois law, Wilson v. City of Chicago, 120 F.2d 681, 684 (7th Cir. 1997). We are mindful, as well, that the Illinois Supreme Court did not appear to differentiate between indemnification scope of employment and *respondeat superior* scope of employment in Wright v. City of Danville, 221 Ill. Dec. 203, 675 N.E.2d 110 (Ill. 1996).

Nevertheless, we are bound by our understanding of Illinois law, whether we agree with it or not. And we do not perceive in Illinois law the distinction between police and non-police

conduct or between degrees of sexual gratification that plaintiff urges upon us. We adhere to our previously expressed views.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 19, 2000.